### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

RICK COLLINS                                                                                           PLAINTIFF

v.                                    No. 4:15CV00011 JLH

GREYHOUND LINES, INC.;
and JOHN DOES 1-5                                                                             DEFENDANTS

### ORDER

Without objection, plaintiff's motion to dismiss is GRANTED.  Document #14.  This action is hereby dismissed without prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED this 20th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE